UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ETHIC INC., A DELAWARE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ADMIRALS BANCORP, INC.., A RHODE ISLAND CORPORATION, AND ETHIC WEALTH ADVISORS LLC, A MASSACHUSETTS LIMITED LIABILITY COMPANY, <br><br> Defendants. | C.A. No. 1:20-cv-10581-LTS |

## **STIPULATION OF DISMISSAL**

The parties to the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that all claims asserted by and between Plaintiff Ethic, Inc. and Defendants Admirals Bancorp, Inc. and Ethic Wealth Advisors, LLC, shall hereby be dismissed without prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: September 30, 2020

Respectfully submitted,

/s/ *Adam S. Gershenson*
Adam Scott Gershenson (BBO #671296)
**COOLEY LLP**
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
agershenson@cooley.com

John W. Crittenden (*Pro Hac Vice*)
101 California Street, 5th Floor
San Francisco, CA 94111

Telephone: (415) 693-2000
jcrittenden@cooley.com

Shane Rumbaugh (*Pro Hac Vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 728-7107
srumbaugh@cooley.com

*Counsel for Ethic, Inc.*

/s/ *Jonathan M. Gelchinsky*
Jonathan M. Gelchinsky (BBO # 656282)
**PIERCE ATWOOD LLP**
100 Summer Street, 22nd Floor
Boston, MA 02110-2106
(617) 488-8100
jgelchinsky@pierceatwood.com

*Counsel for Admirals Bancorp, Inc. and Ethic Wealth Advisors, LLC*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 30th day of September, 2020 the foregoing, filed through the ECF system, will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

/s/ *Adam S. Gershenson*